UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VERA CRAWFORD-BEY,

                Plaintiff,

-v-

COLUMBIA PRESBYTERIAN MEDICAL
CENTER,

                Defendant.

No. 08 Civ. 5454 (RJS)
ORDER



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/09

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of plaintiff's letter dated July 15, 2008.

    Plaintiff shall file and serve her request for appointment of counsel pursuant to 28 U.S.C. ¶ 1915(e)(1) on or before August 1, 2008. The Court will consider plaintiff's motion once it is properly filed.

    Plaintiff's request to serve defendant with a demand for a jury trial is denied as moot, as plaintiff has already made such a demand in her complaint.

    Plaintiff's request for permission to file a motion for sanctions under Rule 11(c) "without further notice" is denied as premature, and contrary to Section 2(A) of this Court's Individual Practices, which requires that plaintiff set forth the basis for the anticipated motion.

    Plaintiff's request to serve interrogatories is denied as premature, pending entry of a case management plan, which will govern the discovery schedule in this action. The Court shall issue

a separate order directing the parties to submit status letters as well as a proposed case management plan.

SO ORDERED.

DATED:   July 18, 2008
         New York, New York

                                        RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE