UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



VERA CRAWFORD-BEY,

                    Plaintiff,

-v-                                   No. 08 Civ. 5454 (RJS)
                                              ORDER

COLUMBIA PRESBYTERIAN MEDICAL
CENTER,

                    Defendant.

RICHARD J. SULLIVAN, District Judge:

    This action has been assigned to my docket.

    IT IS HEREBY ORDERED that, within ten (10) calendar days of the date of this Order, each party shall submit a letter to the Court, not to exceed five (5) pages, providing, in separate paragraphs:

    (1)    A brief statement of the nature of the action and the principal defenses thereto;

    (2)    A brief description of all outstanding motions and/or outstanding requests to file motions;

    (3)    A list of all existing deadlines and any upcoming conferences that were previously scheduled;

    (4)    A brief description of any discovery remaining, specifying that which is necessary for the parties to engage in meaningful settlement negotiations;

    (5)    A list of all prior settlement discussions, including the date, the parties involved, and the approximate duration of such discussions, if any;

    (6)    The estimated length of trial;

    (7)    Any other information that you believe may assist this Court in resolving this action.

    The parties shall serve copies of their respective letters on each party to this action. In addition, all letters submitted to the Court in accord with this Order should be mailed directly to chambers, and not filed electronically. Please consult my Individual Rules with respect to communications with chambers and related matters.

SO ORDERED.

DATED:    New York, New York
                   July 22, 2008

                                                                    RICHARD J. SULLIVAN
                                                                    UNITED STATES DISTRICT JUDGE