UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

VERA CRAWFORD-BEY,

            Plaintiff,

    -against-                                  ORDER

THE NEW YORK AND                       08 Civ. 5454 (RJS)(KNF)
PRESBYTERIAN HOSPITAL,

            Defendant.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/02/09

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      IT IS HEREBY ORDERED that a telephonic conference will be held in the above-captioned action on April 16, 2009, at 10:00 a.m., to address, <u>inter alia</u>, the defendant's application for relief pursuant to Fed. R. Civ. P. 37. The telephonic conference shall be initiated by counsel to the defendant to (212) 805-6705. The plaintiff is reminded that: 1) she may seek any procedural assistance she may require by contacting the Pro Se Office for this judicial district located at 500 Pearl Street, Room 230, New York, New York 10007. The telephone number for that office is (212) 805-0177; and 2) failure to comply with any order of the Court may result in a report and recommendation to the assigned district judge that the complaint be dismissed.

Dated: New York, New York
       April 1, 2009

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

Mailed copy to:
Ms. Vera Crawford-Bey
James S. Frank, Esq.