UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/18/10
```

VERA CRAWFORD-BEY,

                Plaintiff,

-v-

COLUMBIA PRESBYTERIAN MEDICAL CENTER,

                Defendant.

No. 08 Civ. 5454 (RJS) (KNF)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of a letter from the parties, dated May 17, 2010, informing the Court that "[t]he parties are awaiting the ruling of The Honorable Magistrate Judge Kevin Nathaniel Fox on Plaintiff's motion for a protective order and Defendant's cross-motion to compel further discovery from Plaintiff, or in lieu thereof, sanctions against Plaintiff." Accordingly, the parties are hereby ordered to submit a joint status letter to the Court, to be received no later than ten days after Judge Fox issues his decision on Plaintiff's motion for a protective order, or by June 17, 2010, whichever is sooner.

SO ORDERED.

Dated:    May 17, 2010
              New York, New York

                                          RICHARD J. SULLIVAN
                                          UNITED STATES DISTRICT JUDGE

A copy of this order was mailed to:

Vera Crawford-Bey
10 Cleveland Avenue
York, SC 29745